1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 SHAHID KHAN,                        )
                                       ) No. C 07-2283 SC
13                Plaintiff,           )
                                       )
14         v.                          ) **PARTIES' JOINT REQUEST TO BE**
                                       ) **EXEMPT FROM FORMAL ADR**
15 EMILIO T. GONZALEZ, Director,       ) **PROCESS**
   United States Citizenship and Immigration )
16 Services,                           )
                                       )
17                Defendant.           )
                                       )
18

19     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

20 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

21 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

22 options provided by the court and private entities, and considered whether this case might benefit

23 from any of them.  Here, the parties agree that referral to a formal ADR process will not be

24 beneficial because this mandamus action is limited to plaintiff's request that this Court compel

25 defendant to adjudicate the application for adjustment of status.  Given the substance of the action

26 and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

27 unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request

28 the case be removed from the ADR Multi-Option Program and that they be excused from

Parties' Request for ADR Exemption
C07-2283 SC                                1

1 participating in the ADR phone conference and any further formal ADR process

2

3  Date: July 30, 2007                              Respectfully submitted,

4                                                                 SCOTT N. SCHOOLS
                                                                  United States Attorney
5

6                                                                       /s/
                                                                  EDWARD A. OLSEN
7                                                                 Assistant United States Attorney
                                                                  Attorneys for Defendant
8

9
                                                                        /s/
10 Date: July 30, 2007                             JONATHAN M. KAUFMAN
                                                                  Attorney for Plaintiff
11

12                                          **ORDER**

13        Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

14 ADR Multi-Option Program and are excused from participating in the ADR phone conference and

15 any further formal ADR process.

16 **SO ORDERED.**

17

18 Date:    8/1/07

19                                                                                                Judge

    *IT IS SO ORDERED*
    *Judge Samuel Conti*

20

21

22

23

24

25

26

27

28

Parties' Request for ADR Exemption
C07-2283 SC                                                  2