1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHAHID KHAN,

      Plaintiff,

vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and Immigration Services,

      Defendant.
_____/

Case No.  C 07-2283 SC

PARTIES' STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

This immigration case concerns defendant's adjudication of plaintiff's application for

The parties believe that a resolution of the dispute may be obtained through the administrative proceedings and that the case management conference should be continued to permit the U.S. Citizenship and Immigration Services a further opportunity to adjudicate plaintiff's application.

Accordingly, the parties, by and through their respective attorneys, request that the case management conference be continued as follows:

The parties will file a joint case management conference statement on or before October 19, 2007.

The case management conference be continued to ~~October 26, 2007~~ at 10:00 a.m.

November 30, 2007

IT IS SO ORDERED

*[signature]*
Judge Samuel Conti

1

1  Dated: August 10, 2007

                                                JONATHAN M. KAUFMAN
2                                                 Attorney for Plaintiff

3

4  Dated: August __, 2007

                                                EDWARD A. OLSEN
5                                                 Assistant United States Attorney
                                                Attorney for Defendant
6

7                                     **ORDER**

8        Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

9
10  Dated:
                                                SAMUEL CONTE
11                                               Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Dated: August 10, 2007

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

4 | Dated: August __, 2007

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:

_____
SAMUEL CONTI
Senior United States District Judge

2