1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SHAHID KHAN,                        )
                                       ) No. C 07-2283 SC
13            Plaintiff,               )
                                       )
14      v.                             ) **STIPULATION TO VACATE CASE**
                                       ) **MANAGEMENT CONFERENCE; AND**
15 EMILIO T. GONZALEZ, Director,       ) [PROPOSED]
   United States Citizenship and Immigration ) **ORDER**
16 Services,                           )
                                       ) Date:  November 30, 2007
17            Defendant.               ) Time:  10:00 a.m.

18 ─────────────────────────────────────

19     The plaintiff, by and through his attorney of record, and defendant, by and through his

20 attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the case

21 management conference, currently scheduled for November 30, 2007, in light of the following:

22     (1) The plaintiff is a native and citizen of Pakistan who was granted asylum in the United

23 States on September 24, 2001.

24     (2) On January 10, 2003, the plaintiff filed an application to adjust status to lawful permanent

25 resident with the United States Citizenship and Immigration Services (USCIS).

26     (3) The USCIS has not yet adjudicated the plaintiff's application.

27     (4) The plaintiff filed an action on April 26, 2007, seeking an order from this Court directing

28 USCIS to adjudicate his adjustment of status application.

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE
C07-2283 SC                              1

(5) The parties do not intend to conduct any discovery and believe this Court can resolve this case on cross-motions for summary judgment. Further, the parties have agreed on a briefing schedule on their cross-motions for summary judgment, as set forth in the joint case management statement.

(6) In the interests of judicial economy and the fact that both plaintiff and defendant do not believe that a case management conference will be necessary, the parties respectfully ask this Court to vacate the case management conference in this case.

Dated: November 15, 2007

                    /s/
                JONATHAN M. KAUFMAN
                Attorney for Plaintiff

Dated: November 15, 2007

                    /s/
                EDWARD A. OLSEN
                Assistant United States Attorney
                Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the case management conference, scheduled for November 30, 2007, is vacated.

Dated: November 20, 2007



_____
SAMUEL CONTI
United States District Judge