```
 1 | SCOTT N. SCHOOLS, SCSBN 9990
   | United States Attorney
 2 | JOANN M. SWANSON, CSBN 88143
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | EDWARD OLSEN, CSBN 214150
 4 | Assistant United States Attorney
 5 | 450 Golden Gate Avenue, Box 36055
   | San Francisco, California 94102
 6 | Telephone: (415) 436-6915
   | FAX: (415) 436-6927
 7 |
   | Attorneys for Defendant
 8 |
```

FILED

JAN – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHID KHAN, | No. C 07-2283 SC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND** ~~[PROPOSED]~~ **ORDER** |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

The plaintiff, by and through his attorney of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the dates of their cross-motions for summary judgment and their cross-oppositions, in light of the following:

(1) The plaintiff is a native and citizen of Pakistan who was granted asylum in the United States on September 24, 2001.

(2) On January 10, 2003, the plaintiff filed an application to adjust status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS).

(3) The USCIS has not yet adjudicated the plaintiff's application.

(4) The plaintiff filed an action on April 26, 2007, seeking an order from this Court directing USCIS to adjudicate his adjustment of status application.

(5) On November 15, 2007, the parties submitted a joint case management statement, in which the parties agreed not to conduct any discovery and agreed to a schedule on cross-motions for summary judgment.

(6) The parties are currently scheduled to file cross-motions for summary judgment by December 21, 2007, and cross-oppositions by January 11, 2008.

(7) On November 20, 2007, this Court granted the parties' request to vacate the case management conference and to decide this case on the papers.

(8) The USCIS intends to issue a Notice of Intent to Deny on or before January 4, 2008, and will give the plaintiff an opportunity to respond to that Notice.

(9) In light of the reasonably possibility that this case may be moot in the next 60 days, the parties respectfully ask this Court to extend the dates of their cross-motions for summary judgment and cross-oppositions as follows:

        Cross-Motions for Summary Judgment:    February 29, 2008

        Cross-Oppositions:    March 14, 2008

Dated: December 21, 2007

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

Dated: December 21, 2007

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT SO ORDERED. *Hearing April 4-08*

Dated: 1/3/08

_____
SAMUEL CONTI
United States District Judge

STIPULATION TO EXTEND DATES FOR CROSS-MOTIONS
C07-2283 SC        2