JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHID KHAN,<br><br>          Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration Services,<br><br>          Defendant. | No. C 07-2283 SC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

Stipulation to Dismiss
C07-2283 SC                              1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | Date: March 6, 2008                                    Respectfully submitted, |
| 3 |                                                        JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | |
| 5 |                                                        _____/s/_____ |
| 6 |                                                        EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 7 | |
| 8 | |
| 9 | Date: March 6, 2008                                    _____/s/_____<br>JONATHAN M. KAUFMAN<br>Attorney for Plaintiff |
| 10 | |
| 11 | **ORDER** |
| 12 | Pursuant to stipulation, IT IS SO ORDERED. |
| 13 | |
| 14 | Date:   3/11/08 |
| 15 |                                                        SAMUEL CONTI<br>United States District Judge |

[IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California]

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-2283 SC                                         2